**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Jimmy Au

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  vs.<br><br>Jimmy Au,<br><br>        Defendant | Case No.: Cr.S-08-543-GEB<br><br>**STIPULATION AND ORDER TO ADD A THIRD PARTY CUSTODIAN TO DEFENDANT JIMMY AU'S PRETRIAL RELEASE CONDITIONS**<br><br>**JUDGE:** Hon. Magistrate Judge Gregory C. Hollows |

On January 15, 2009 defendant Jimmy Au was ordered released from custody on a number of conditions, one of which was that his brother, David Au, was to be his third party custodian. David Au and his wife, Erica Luc, have pledged all of the equity in their home, $270,000.00, by Deed of Trust, as one of the conditions securing the defendant's appearance. Also, Pretrial Services has directed defendant to live at David Au and Erica Luc's residence, until further direction. David Au and Erica Luc live at the residence on which the Deed of Trust has been recorded.

There is a bit of a language problem since English is not the first language for either David or Jimmy Au. David Au did not realize that being a "Third Party Custodian" meant that he would have to be physically present in the Sacramento area while defendant was at liberty. As it turns out, David Au had planned to visit relatives in China for the next month, leaving on January 18, 2009 and returning approximately one month later.

Erica Luc, who is employed full time, is willing to be the defendant's third party custodian in David Au's absence and defendant Jimmy Au is willing to have her act in that capacity.

Therefore, the parties stipulate and agree and Erica Luc should be added as an additional third party custodian and shall fulfill those responsibilities in David Au's absence and until and unless otherwise directed by the assigned Pre-Trial Services Officer.

I have spoken to the prosecuting AUSA, Michael Beckwith, who has no opposition to this request. In fact, he has agreed that I may sign his name to this request. Additionally, I have spoken to Pre-Trial Services Officer Taifa Gaskins, who agrees to have Erica Luc as the third party custodian in David Au's absence and until she otherwise directs.

## STIPULATION

Plaintiff, United States, and Defendant, Jimmy Au, through their undersigned counsel, hereby stipulate and agree and request that the Court order Erica Luc to act as third party custodian to defendant until or unless the Pre-Trial Services Officer otherwise directs.
**IT IS SO STIPULATED.**

DATED: January 20, 2009          McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Michael Beckwith, Esq.
                                 Assistant U.S. Attorney
                                 by Jan David Karowsky w/
                                 Mr. Beckwith's approval


DATED: January 20, 2009          JAN DAVID KAROWSKY
                                 Attorney at Law
                                 A Professional Corporation

                                 /s/ Jan David Karowsky, Esq.

                          by
                                 JAN DAVID KAROWSKY
                                 Attorney for Defendant
                                 Jimmy Au


## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Erica Luc shall be added as an additional third party custodian to the release order for Jimmy Au and she shall act as third party custodian until or unless otherwise directed by the assigned Pre-Trial Services Officer.

Dated: January 20, 2009

                                 /s/ Gregory G. Hollows
                                 _____
                                 **GREGORY G. HOLLOWS**
                                 U.S. Magistrate-Judge

au.ord