**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Jimmy Au

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: Cr.S-08-0543-GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **MODIFY A CONDITION OF PRETRIAL** |
| Jimmy Au, | ) **RELEASE** |
| Defendant | ) |

## FACTUAL SUMMARY

On January 15, 2009, defendant, Jimmy Au, was released from custody on a number of conditions. Condition number 3 provided as follows:

> You are to reside at a location approved by the pretrial services officer …. Initially, Mr. Au shall reside with his brother, David Au, until approved to move by Pretrial Services. (See copy of "Conditions of Release," attached hereto as Exhibit "A," and incorporated herein by reference.)

/////

- 1 -

From January 15, 2009 to the present, defendant Jimmy Au has resided, per the conditions of release, with his brother, David Au. As phrased in the initial condition, living with his brother was only to be a temporary situation.

Assigned Pretrial Services Officer Gaskins is now recommending, for a number of positive reasons, that Mr. Au reside, for the foreseeable future, with his sister, whose name is In Au, at an address known to Pretrial Services. Ms. Gaskins believes living with his sister will be beneficial to Mr. Au.

Ms. Gaskins requests that third party custody remain with David Au, defendant Jimmy Au's brother, and per stipulation and Order of January 20, 2009, with Erica Luc, defendant Jimmy Au's sister-in-law, even though defendant Jimmy Au will be physically living with his sister.

## STIPULATION

Plaintiff, United States, and Defendant, Jimmy Au, through their undersigned counsel, hereby stipulate and agree that Condition number 3 of the "Conditions of Release," filed as Document 36 on January 16, 2009, be modified so that defendant Jimmy Au is ordered to reside with his sister, whose name is In Au, at an address known to Pretrial Services.

**IT IS SO STIPULATED.**

DATED: April 13, 2009  Lawrence Brown
Acting United States Attorney

/s/ Michael Beckwith
by
Michael Beckwith
Assistant U.S. Attorney
by Jan David Karowsky

| | |
|---|---|
| DATED: April 13, 2009 | JAN DAVID KAROWSKY<br>Attorney at Law<br>A Professional Corporation |
| by | /s/ Jan Karowsky<br><br>JAN DAVID KAROWSKY<br>Attorney for Defendant<br>Jimmy Au |

## **ORDER**

**GOOD CAUSE** APPEARING, **IT IS HEREBY ORDERED** that Condition number 3 of the "Conditions of Release," filed in the minutes and records of this case as Document 36 on January 16, 2009, be modified so that defendant Jimmy Au is hereby ordered to reside with his sister, whose name is In Au, at an address known to Pretrial Services.

**IT IS SO ORDERED.**

Dated: April 15, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/au0543.stipord