CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E mail: C.Fry@att.net

Attorney for ZHEN SHU PANG,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZHEN SHU PANG, JIMMY AU, and MAGGIE LUONG,<br><br>　　　　Defendants. | No. CR.S-08-543-GEB<br><br>**STIPULATION AND ORDER CONTINUING MOTIONS SCHEDULE AND EXCLUDING TIME** |

　　　It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that as to the three above-named defendants, the pretrial motions schedule and the hearing date of November 6, 2009, shall be extended and re-calendared for one week, as follows: pretrial motions due filed October 2, 2009; responses due October 23, 2009; replies due November 6, 2009; non-evidentiary hearing on motions on November 13, 2009, at 9:00 a.m.

　　　The parties further agree that time under the Speedy Trial Act shall be excluded through November 13, 2009, to provide reasonable time

///

-1-

1  for defense preparation of the case, pursuant to 18 U.S.C.
2  §3161(h)(7)(B)(iv) (Local Code T4).
3
4  Dated: September 25, 2009            /s/ Candace A. Fry
                                        CANDACE A. FRY, Attorney for
5                                       ZHEN SHU PANG, Defendant
6
   Dated: September 25, 2009            LAWRENCE G. BROWN
7                                       Acting United States Attorney
8                                 By    /s/ Candace A. Fry for
                                        MICHAEL M. BECKWITH, Assistant
9                                       United States Attorney
10
   Dated: September 25, 2009            /s/ Candace A. Fry for
11                                      JAN D. KAROWSKY, Attorney for
                                        JIMMY AU, Defendant
12
13 Dated: September 25, 2009            /s/ Candace A. Fry
                                        DINA L. SANTOS, Attorney for
14                                      MAGGIE LUONG, Defendant
15
                                        (Signed with authorization of
16                                      the above counsel)
17
18                          **O R D E R**
19
20 IT IS SO ORDERED.
21
   Dated:  September 28, 2009
22
23                                _____
                                  GARLAND E. BURRELL, JR.
24                                United States District Judge
25
26
27
28

-2-