CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E mail: C.Fry@att.net

Attorney for ZHEN SHU PANG,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | No. CR.S-08-543-GEB |
| ) | |
| Plaintiff,          ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **MOTIONS SCHEDULE AND EXCLUDING** |
| v.          ) | **TIME** |
| ) | |
| ZHEN SHU PANG, JIMMY AU, and          ) | |
| MAGGIE LUONG,          ) | |
| ) | |
| Defendants.          ) | |
| ) | |

    It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that as to the three above-named defendants, the pretrial motions schedule and the hearing date of November 13, 2009, shall be extended and re-calendared, as follows: defendant's reply to Government's opposition to motion to suppress due filed on December 4, 2009; and, non-evidentiary hearing on motion on December 11, 2009, at 9:00 a.m.

    This extension is sought to accommodate settlement negotiations between the parties.  The parties further agree that time under the Speedy Trial Act shall be excluded through December 11, 2009, to

-1-

provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

Dated: November 3, 2009   /s/ Candace A. Fry
CANDACE A. FRY, Attorney for
ZHEN SHU PANG, Defendant

Dated: November 3, 2009   LAWRENCE G. BROWN
Acting United States Attorney

By   /s/ Candace A. Fry for
MICHAEL M. BECKWITH, Assistant
United States Attorney

Dated: November 3, 2009   /s/ Candace A. Fry for
JAN D. KAROWSKY, Attorney for
JIMMY AU, Defendant

Dated: November 3, 2009   /s/ Candace A. Fry
DINA L. SANTOS, Attorney for
MAGGIE LUONG, Defendant

(Signed with authorization of the above counsel)

**O R D E R**

IT IS SO ORDERED.

Dated:  November 24, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-