CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E mail: C.Fry@att.net

Attorney for ZHEN SHU PANG,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ZHEN SHU PANG, JIMMY AU, and MAGGIE LUONG,<br><br>  Defendants. | No. CR.S-08-543-GEB<br><br>**STIPULATION AND ORDER CONTINUING MOTIONS SCHEDULE AND EXCLUDING TIME** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that as to the three above-named defendants, the pretrial motions schedule and the hearing date of December 11, 2009, shall be extended and re-calendared, as follows: defendant's reply to Government's opposition to motion to suppress due filed on December 11, 2009; and, non-evidentiary hearing on motion on December 18, 2009, at 9:00 a.m.

This extension is sought to accommodate settlement negotiations between the parties.  The parties further agree that time under the Speedy Trial Act shall be excluded through December 18, 2009, to

-1-

1 | provide reasonable time for defense preparation of the case, pursuant
2 | to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

Dated: December 4, 2009        /s/ Candace A. Fry
                               CANDACE A. FRY, Attorney for
                               ZHEN SHU PANG, Defendant

Dated: December 4, 2009        BENJAMIN WAGNER
                               United States Attorney

                        By     /s/ Candace A. Fry for
                               MICHAEL M. BECKWITH, Assistant
                               United States Attorney

Dated: December 4, 2009        /s/ Candace A. Fry for
                               JAN D. KAROWSKY, Attorney for
                               JIMMY AU, Defendant

Dated: December 4, 2009        /s/ Candace A. Fry
                               DINA L. SANTOS, Attorney for
                               MAGGIE LUONG, Defendant

                               (Signed with authorization of
                               the above counsel)

**O R D E R**

IT IS SO ORDERED.

Dated:  December 17, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-