CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E mail: C.Fry@att.net

Attorney for ZHEN SHU PANG,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. CR.S-08-543-GEB |
| ) | |
| Plaintiff,   ) | **STIPULATION AND ORDER REMOVING** |
| ) | **MOTION HEARING FROM CALENDAR,** |
| v.   ) | **SETTING DATE FOR STATUS AND** |
| ) | **CHANGE OF PLEA, AND EXCLUDING** |
| ZHEN SHU PANG, JIMMY AU, and  ) | **TIME** |
| MAGGIE LUONG, ) | |
| ) | |
| Defendants.  ) | |
| ) | |

    It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the hearing on defendant Zhen Shu Pang's Motion to Suppress Evidence set for December 18, 2009, shall be removed from this Court's calendar in light of the defendant's withdrawal of said motion.  This matter shall next be heard on January 8, 2010, at 9:00 a.m., for a status conference as to defendant Maggie Luong and for prospective changes of pleas as to defendants Zhen Shu Pang and Jimmy Au.

    This extension is sought to accommodate settlement negotiations between the parties.  The parties further agree that time under the

-1-

Speedy Trial Act shall be excluded through January 8, 2010, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

Dated: December 17, 2009  /s/ Candace A. Fry
CANDACE A. FRY, Attorney for
ZHEN SHU PANG, Defendant

Dated: December 17, 2009  BENJAMIN WAGNER
United States Attorney

By  /s/ Candace A. Fry for
MICHAEL M. BECKWITH, Assistant
United States Attorney

Dated: December 17, 2009  /s/ Candace A. Fry for
JAN D. KAROWSKY, Attorney for
JIMMY AU, Defendant

Dated: December 17, 2009  /s/ Candace A. Fry
DINA L. SANTOS, Attorney for
MAGGIE LUONG, Defendant

(Signed with authorization of the above counsel)

**O R D E R**

IT IS SO ORDERED.

Dated: December 21, 2009

GARLAND E. BURRELL, JR.
United States District Judge

-2-