**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
Telephone:  (916) 447-1134
Facsimile:  (916) 448-0265
Email:        KarowskyLaw@sbcglobal.net

Attorney for Defendant
Jimmy Au

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,                    ) | Case No.:  Cr.S-08-543-GEB |
| )| |
| Plaintiff,          ) | **AMENDED ORDER TO CONTINUE** |
| ) | **STATUS CONFERENCE** |
| vs.                ) | |
| ) | **DATE:     January 8, 2010** |
| Jimmy Au, Zhen Shu Pang and Maggie Luong,) | **TIME:      9:00 a.m.** |
| ) | **JUDGE:  Hon. Garland E. Burrell, Jr.** |
| Defendants        ) | |
| _____) | |

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, the Status Conference now set for January 8, 2010 at 9:00 a.m. is continued to January 29, 2010 at 9:00 a.m..  Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.  The Court further orders that time shall be excluded from the Speedy Trial Act calculation from the date of January 8, 2010 to

January 29, 2010 the new Status Conference date, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and

Local Code T4 in order to give Counsel for the Defendants reasonable time to prepare.

**IT IS SO ORDERED.**

Dated:   1/11/10

GARLAND E. BURRELL, JR.
United States District Judge