```
FILED
JAN 12 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK
```

1  **JAN DAVID KAROWSKY**
   Attorney at Law
2  A Professional Corporation
   California State Bar Number 53854
3  716 19th Street, Suite 100
   Sacramento, CA 95811-1767
4  (916) 447-1134
   (916) 448-0265 (Fax)
5
   Attorney for Defendant
6  Jimmy Au

7                UNITED STATES DISTRICT COURT

8          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | United States of America,        )  Case No.: Cr.S-08-543-GEB
11 |                                  )
   |         Plaintiff,               )
12 |                                  )  STIPULATION AND PROPOSED ORDER
   |   vs.                            )  TO DELETE CONDITION NUMBER 8,
13 |                                  )  DRUG AND ALCOHOL TESTING FROM
   | Jimmy Au,                        )  JIMMY AU AND ZHEN SHU PANG'S
14 |                                  )  PRETRIAL RELEASE CONDITIONS
   |         Defendant                )
15 |                                  )
   |                                  )  JUDGE: Hon. Magistrate Judge
16 |                                  )         Dale A. Drozd
   |                                  )
17 |                                  )

18 _____

19     On January 15, 2009 defendant Jimmy Au was ordered released from custody on a

20 number of conditions, and on January 16, 2009, defendant Zhen Shu Pang was also released

21 from custody on a number of conditions. One common condition of the release of these two

22 defendants was Condition Number 8, that they were to "… submit to drug or alcohol testing as

23 directed by the pretrial services officer."

24     After discussions with their mutual pretrial services officer, it was learned that both

25 defendants have complied with their release conditions and neither have tested positive for drugs

- 1 -

1   or alcohol in the last twelve months. In fact, the pretrial services officer, at the request of both
2   defendants, has agreed that the drug and alcohol testing condition is no longer necessary for
3   either defendant.
4       Defendant Jimmy Au has started a new job on December 14, 2009 which will require his
5   attendance at work each week, Monday through Friday and one-half day on Saturday and
6   Sunday. Continued imposition of the random testing requirement would be extremely
7   cumbersome and detrimental to maintaining his new employment.
8       Prosecuting AUSA Michael Beckwith has been contacted relative to the deletion of the
9   random testing requirement and agrees with its elimination for both defendants and agrees his
10  name may be signed to this stipulation.
11
12                                          **STIPULATION**
13
14      Therefore, Plaintiff, United States, and Defendants, Jimmy Au and Zhen Shu Pang,
15  through their undersigned counsel, stipulate and agree that the drug and alcohol condition,
16  Condition Number 8, in each of their respective "Special Conditions of Release," shall be deleted
17  so that no longer shall Jimmy Au or Zhen Shu Pang be required to submit to drug or alcohol
18  testing as directed by the pretrial services officer.
19  **IT IS SO STIPULATED.**
20
21  DATED:       January 12, 2010            BENJAMIN B. WAGNER
22                                           United States Attorney

23                                           /s/ Michael Beckwith, Esq.
                                             Assistant U.S. Attorney
24                                           by Jan David Karowsky w/
                                             Mr. Beckwith's approval
25

-2-

| | |
|---|---|
| DATED: January 11, 2010 | /s/ Candace Fry<br>Attorney for Zhen Shu Pang<br>By Jan David Karowsky w/<br>Ms. Fry's approval |
| DATED: January 12, 2010 | JAN DAVID KAROWSKY<br>Attorney at Law<br>A Professional Corporation<br><br>/s/ Jan David Karowsky, Esq.<br><br>by<br><br>JAN DAVID KAROWSKY<br>Attorney for Defendant<br>Jimmy Au |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the drug and alcohol condition, Condition Number 8, in defendants' Jimmy Au's and Zhen Shu Pang's respective "Special Conditions of Release," shall be deleted so that no longer shall Jimmy Au or Zhen Shu Pang be required to submit to drug or alcohol testing as directed by the pretrial services officer.

Dated: 1/12/10

_____
**DALE A. DROZD**
U.S. Magistrate-Judge