**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
Telephone:  (916) 447-1134
Facsimile:   (916) 448-0265
Email:         KarowskyLaw@sbcglobal.net

Attorney for Defendant
Jimmy Au

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.:  Cr.S-08-543-GEB |
| Plaintiff, | ) |
| vs. | ) **ORDER TO MODIFY AND CONTINUE JIMMY AU'S SELF-SURRENDER DATE FROM MAY 28, 2010 TO JUNE 10, 2008** |
| Jimmy Au, et.al., | ) |
| Defendants | ) **JUDGE:  Hon. Garland E. Burrell, Jr.** |

### ORDER

**IT IS HEREBY ORDERED** that with respect to defendant Jimmy Au, the previously ordered self-surrender date of May 28, 2010 is modified and a new and different self-surrender date of June 11, 2010 before 2:00 p.m. is hereby ordered.

**IT IS SO ORDERED.**

Dated:  5/20/10

_/s/ Garland E. Burrell, Jr._
GARLAND E. BURRELL, JR.
United States District Judge

- 1 -