**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Jimmy Hung Au

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-08-0543-GEB |
| Plaintiff, | **DECLARATION OF JAN DAVID KAROWSKY IN SUPPORT OF REQUEST FOR EXONERATION OF BOND** |
| vs. | |
| Jimmy Hung Au, | |
| Defendant | **ORDER EXONERATING BOND** |

I, Jan David Karowsky, do hereby declare:

I am the attorney of record for Defendant, Jimmy Hung Au, in the above-entitled case.

Defendant, pursuant to previous order of the Court, surrendered to the custody of the Bureau of Prisons at Atwater, California on June 11, 2010 and is currently in custody pursuant to the Court's previously ordered sentence. Judgment was returned as "executed" on June 21, 2010.

I am informed and believe and thereon allege that bail in the above-entitled matter has not been exonerated pursuant to Federal Rules of Criminal Procedure, Rule 46(g).

- 1 -

Bail had been previously set in the amount of $270,000.00 and was secured by a deed of trust on real property.

I am informed and believe and thereon allege that there was no forfeiture of any of the bail in this matter and all conditions for exoneration of the real property pledged in this matter have been met. Therefore, I hereby request the Court exonerate the bond and order that reconveyance be undertaken forthwith on the below described piece of real property:

Lot 14, Inclusive, of "Northborough II, Village 7, Unit 1", Filed in the office of the Recorder of Sacramento County, California, on November 30, 2001, in Book 292 of Maps, at Page 11, APN 201-0530-014-0000.

Said real property is owned by David Au and Erica Luc, husband and wife, as Joint Tenants.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on June 24, 2010 at Sacramento, California.

/s/ Jan Karowsky
Jan David Karowsky
Attorney for Defendant
Jimmy Hung Au

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Jimmy Hung Au

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | Case No.: Cr.S-08-0543-GEB |
| Plaintiff, ) | |
| ) | **ORDER EXONERATING BOND** |
| vs. ) | |
| Jimmy Hung Au, ) | |
| Defendant ) | |

**IT IS HEREBY ORDERED** that the appearance bond posted by David Au and Erica Luc, husband and wife, as Joint Tenants, and secured by a Deed of Trust to real property located in the County of Sacramento, in the above-entitled matter, in the amount of $270,000.00 is hereby exonerated; the Clerk of this Court forthwith shall provide a Deed of Reconveyance of the Sacramento County property securing the bond to the sureties/trustors at the following mailing address:  David Au and Erica Luc, 5508 Hoyt Street, Sacramento, CA  95835.

Dated:  6/25/10

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge

- 3 -